**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>U.S. DEPARTMENT OF JUSTICE,   )<br>)<br>Defendant.   )<br>_____ ) | Civil Action No. 11-cv-0374 (RLW) |

**The Parties' Joint Report and Schedule with Respect to EOUSA**

Pursuant to the Court's order dated July 22, 2013, the parties have conferred and hereby provide a proposed scheduling order with EOUSA and a joint report. The parties were unable to reach accord with respect to the schedule for the Criminal Division of DOJ. This action was brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW") seeks the release of records concerning the criminal investigation and prosecution of Paul Magliocchetti.

The parties have conferred and agree to the following schedule:

EOUSA will produce all nonexempt, disclosable documents or portions thereof by Wednesday, October 16, 2013. EOUSA contends that because this is a criminal investigation and the category of documents is limited, it will produce its <u>Vaughn</u> index by category of document by October 30, 2013. The Plaintiff will have seven (7) days to review and identify specific document categories for which it requires further specificity and why. The Defendant, in turn, will have seven (7) days thereafter to respond either by providing further detail as requested or justification for the status quo. The Plaintiff reserves the right to challenge the

adequacy of EOUSA's Vaughn index during the briefing phase.  If necessary, the Defendant will file a partial Motion for Summary Judgment on December 4, 2013.  Plaintiff will file its Cross-Motion for Summary Judgment and Opposition on January 6, 2014.  Defendant will file a Reply and Opposition on January 20, 2014.  Plaintiff will file a Reply on February 3, 2014.

The parties report the following with respect to the Criminal Division:

The Plaintiff

Plaintiff believes that the schedule proposed by the Criminal Division is unreasonable, given that the underlying FOIA request has been pending since September 2010.  The Criminal Division has been on notice since the Court entered judgment on July 22, 2013, that it would be required to process the documents responsive to CREW's FOIA request.  Nonetheless, according to the declaration proffered by the agency, the Criminal Division appears to have taken no action to begin its processing of material until yesterday, August 15, 2013.  *See* Declaration of John Cunningham, ¶¶ 7-9.  CREW further notes that in a case covering DOJ records similar to those at issue here, the Court ordered the agency to both disclose relevant non-exempt records *and* file a Vaughn index within 60 days of the Court's rejection of the agency's "categorical" exemption claim, *see CREW v. DOJ*, C.A. No. 11-754 (GK) (Docket No. 19), and subsequently granted the agency a 30-day extension, *id.*, Minute Order dated March 12, 2013.  Such a 90-day requirement here would obligate the agency to release all non-exempt material *and* submit its Vaughn index on or about October 22, 2013.  The agency's request to be granted an additional five month period to accomplish that task here is clearly unreasonable.

The Defendant

The Criminal Division cannot comply with this schedule and this case for the reasons stated below is not the same as *CREW v. DOJ*, C.A. No. 11-754 (GK) referred to herein.  On

August 15, 2013, EOUSA referred to the Criminal Division for FOIA processing, two (2) large binders and three (3) computer disks containing records related to the investigation of Magliocchetti. In addition, the Criminal Division will likely require additional time for both the Public Integrity Section (PIN) and the Information Technology section of the Criminal Division to conduct searches of the computer hard drives of those persons associated with the investigation of Magliocchetti. See attached declaration of John Cunningham.

Further, in addition to the above records, the U.S. House of Representatives Ethics Committee ("Ethics Committee") referred 2 computer disks containing in excess of 91,000 pages of corporate records to PIN in connection with the Magliocchetti investigation. The Criminal Division is going to require additional time to contact and notify each of the corporate entities whose records were involved in the Ethics Committee production and ascertain their respective interest in the disclosure of any such records. The Criminal Division intends to provide each named corporate entity with a submitter notice and a 45-day time frame to respond and comment prior to any disclosure of their records. The Criminal Division anticipates that the 45-day time frame is necessary and reasonable due to large volume of documents that each corporate entity will be required to undertake to review. See attached Declaration of John Cunningham. The Criminal Division proposes to make a series of rolling productions of exempt documents, the first occurring on January 3, 2014, the second on February 7, 2014 and the third on March 7, 2014. The defendant Criminal Division would request until March 18, 2014, to file its <u>Vaughn</u> index and until April 14, 2014, to file its Motion for Summary Judgment in this matter. See attached declaration of John Cunningham.

Respectfully submitted,

/s/

| | |
|---|---|
| _____ | RONALD C. MACHEN JR. DC BAR #447-889 |
| DAVID L. SOBEL, Esq. | United States Attorney |
| D.C. Bar # 360418 | for the District of Columbia |
| 1818 N Street, N.W. | |
| Suite 410 | DANIEL F. VAN HORN, D.C. BAR # 924092 |
| Washington, D.C. 20036 | Chief, Civil Division |
| Telephone: (202) 246-6180 | |

                                        /s/

ANNE L. WEISMANN,                By:  _____
D.C. BAR # 434584                     HEATHER D. GRAHAM-OLIVER
1400 Eye Street, N.W.,                Assistant United States Attorney
Suite 450                             Judiciary Center Building
Washington, D.C. 20005                555 4th St., N.W.
Telephone: (202) 408-5565             Washington, D.C. 20530
                                      (202) 305-1334
                                      heather.graham-oliver@usdoj.gov


Counsel for Plaintiff                 Counsel for Defendant