UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civ. No. 11-0374 (CRC) |

## ORDER

**UPON CONSIDERATION** of plaintiff's motion for voluntary dismissal, and pursuant to Fed. R. Civ. P. 41(a)(2), it is this 29th day of October, 2014;

**ORDERED** that plaintiff's motion is **GRANTED**, and plaintiff's pending claims in this action, except for those relating to its claim for attorneys' fees and costs, are hereby dismissed; and it is

**FURTHER ORDERED** that plaintiff shall have until November 12, 2014, to petition the Court for an award of attorneys' fees and costs as provided by the FOIA, 5 U.S.C. § 442(a)(4)(E).

_____
United States District Judge