# EXHIBIT A

Plaintiff's Motion for an Award of Attorneys' Fees and Costs

*Citizens for Ethics and Responsibility in Washington v. Dep't of Justice*,
Civ. No. 11-0374 (CRC)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 11-0374 (CRC)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF DAVID L. SOBEL

David L. Sobel hereby deposes and states:

1. I am co-counsel for plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") in the above-captioned action and submit this declaration in support of CREW's motion for an award of attorney's fees and costs.

2. I have been an active member of the bar and practicing law since May 1980. For the past 27 years, I have represented a wide variety of non-profit, public interest organizations in litigation under the Freedom of Information Act in this and other federal courts. I have acted as counsel in dozens of such cases.

3. I was the co-editor of the 2002 and 2004 editions of *Litigation Under the Federal Open Government Laws*, a leading treatise on FOIA litigation. I was the recipient of the American Library Association's James Madison Award in 2004 in recognition of my contribution to FOIA litigation and open government efforts, and was inducted into the First Amendment Center's National FOIA Hall of Fame in 2006.

4. Based upon a review of my records, I am confident that the time reflected in the table below (with relevant time periods indicated) was reasonably expended in order to achieve success in this matter, and that there are no excessive, redundant or unnecessary hours included in this request.

| 6/1/10 - 5/31/11 | 6/1/11 - 5/31/12 | 6/1/12 - 5/31/13 | 6/1/13 - 5/31/14 |
|---|---|---|---|
| 6.2 hours | 23.0 hours | 6.0 hours | 2.7 hours |

5. In addition to the time recorded in the above table, I devoted 3.5 hours of time to the preparation of CREW's motion for an award of attorney's fees and costs, and I intend to submit a supplemental declaration to account for additional time devoted to the preparation of CREW's reply memorandum in support of its motion.

6. CREW incurred the following expenses in this action, for which compensation is requested: court filing fee ($350).

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 12, 2014

DAVID L. SOBEL