# EXHIBIT B

Plaintiff's Motion for an Award of Attorneys' Fees and Costs

*Citizens for Ethics and Responsibility in Washington v. Dep't of Justice*,
Civ. No. 11-0374 (CRC)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br><br>Plaintiff, )<br><br>v. )<br><br>U.S. DEPARTMENT OF JUSTICE, )<br><br>Defendant. ) | Civ. No. 11-0374 (CRC) |

### DECLARATION OF ANNE L. WEISMANN

Anne L. Weismann hereby deposes and states:

1. I am co-counsel for plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") in the above-captioned action and submit this declaration in support of CREW's motion for an award of attorney's fees and costs.

2. Currently I serve as chief counsel for CREW, a position I have held since March 2005. Prior to that, I was deputy chief of the Enforcement Bureau of the Federal Communications Commission; an assistant branch director and before that a trial attorney in the Federal Programs Branch, Civil Division, U.S. Department of Justice; and a staff attorney at the U.S. Department of Labor. I have been an active member of the bar and practicing law since November 1979.

3. During my practice, I have acted as counsel in a significant number of cases brought under the Freedom of Information Act. I have also received honors and awards for my Freedom of Information Act (FOIA) work. CREW was the recipient of the American Library Association's James Madison Award in 2010 in recognition of my work on and contribution to open government efforts, and I was inducted in the First Amendment Center's National FOIA

Hall of Fame in 2011. In 2011, CREW also received the American Association of Law Libraries Public Access to Government Information Award.

4. Based upon a review of my records, I am confident that the time reflected in the table below (with relevant time periods indicated) was reasonably expended in order to achieve success in this matter, and that there are no excessive, redundant or unnecessary hours included in this request.

| 6/1/10 - 5/31/11 | 6/1/11 - 5/31/12 | 6/1/12 - 5/31/13 | 6/1/13 - 5/31/14 |
|---|---|---|---|
| 0.5 hours | 2.6 hours | 1.5 hours | 2.0 hours |

5. In addition to the time recorded in the above table, I devoted one hour of time to the preparation of CREW's motion for an award of attorney's fees and costs, and I intend to submit a supplemental declaration to account for additional time devoted to the preparation of CREW's reply memorandum in support of its motion.

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 12, 2014

_____
ANNE L. WEISMANN