# EXHIBIT F

Plaintiff's Motion for an Award of Attorneys' Fees and Costs

*Citizens for Ethics and Responsibility in Washington v. Dep't of Justice*,
Civ. No. 11-0374 (CRC)



| NATIONAL NEWS | Washington News |
|---|---|

| Home | Legal Business | Law Schools | Columns | Verdicts | Opinion | Video Center | Blog |

NLJ Home > A nationwide sampling of law firm billing rates

# A NATIONWIDE SAMPLING OF LAW FIRM BILLING RATES

**The NLJ asked law firms to provide a range of hourly billing rates. Click the column headers to resort the data and the tabs on top to toggle between firmwide, partner and associate billing rates.**

Like  0    Tweet  0    g+1  0    Share

Purchase the **2012 NLJ Billing Survey** from ALM Legal Intelligence at **www.almlegalintel.com** or by calling 1-888-770-5647.



| FIRMWIDE | **PARTNERS** | ASSOCIATES |

| Firm | Largest U.S. office* ▼ | Average FTE attorneys* | High | Low | Median |
|---|---|---|---|---|---|
| Hogan Lovells | Washington | 2,253 | $1,200 | $545 | $750 |
| Dickstein Shapiro | Washington | 343 | $1,250 | $560 | $700 |
| Patton Boggs | Washington | 491 | $990 | $425 | $665 |
| Holland & Knight | Washington | 908 | $985 | $315 | $560 |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 219 | $570 | $280 | $390 |
| Hiscock & Barclay | Syracuse, N.Y. | 165 | $650 | $235 | $441 |
| Bryan Cave | St. Louis | 884 | $795 | $390 | $553 |
| Husch Blackwell | St. Louis | 520 | $890 | $240 | $405 |
| Thompson Coburn | St. Louis | 309 | $750 | $330 | N/A |
| Perkins Coie | Seattle | 747 | $910 | $290 | $560 |
| Sedgwick | San Francisco | 343 | $587 | $189 | $361 |
| Harris Beach | Rochester, N.Y. | 189 | $625 | $285 | $400 |
| Best Best & Krieger | Riverside, Calif. | 191 | $625 | $310 | $435 |
| Stoel Rives | Portland, Ore. | 374 | $655 | $300 | $463 |
| Lewis and Roca | Phoenix | 183 | $725 | $410 | $520 |

* Full-time equivalent attorney numbers and largest U.S. office are from the NLJ 350 published in March and April 2012.

previous
**Building a practice on Dallas' appetite for restaurants**

next
**Post-Newtown gun legislation will hinge on 'Heller'**

**Subscribe to The National Law Journal**

**Comment on this article**                                    Terms & Conditions

**Display Name:**
[ Enter your display name (displays publicly) ]

Your e-mail (not displayed with comment)
nseligman@citizensforethics.org

**My Comment:**
[ Type your comment here... ]

Comments are not moderated.
For more information, please see our **terms and conditions**.
To report offensive comments, **Click Here**.

[REVIEW] [POST]