UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 11-0374 (CRC) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |

## O R D E R

**UPON CONSIDERATION** of plaintiff's motion for an award of attorneys' fees and costs, and the entire record, it is this ____ day of _____, 2014;

**ORDERED** that plaintiff's motion is granted; and it is

**FURTHER ORDERED** that defendant shall pay plaintiff's attorneys' fees in the amount of $36,315 and costs in the amount of $350, for a total of $36,665.

_____
UNITED STATES DISTRICT JUDGE