UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 11-0374 (CRC) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEAL

Defendant, the U.S. Department of Justice, hereby appeals to the United States Court of Appeals for the D.C. Circuit from the judgment of this Court entered February 11, 2015, in favor of Plaintiff.

VINCENT H. COHEN, JR., D.C. Bar #471489
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 252-2523, alan.burch@usdoj.gov