# EXHIBIT D

Supplemental Memorandum in Support of Plaintiff's
Motion for an Award of Attorneys' Fees and Costs

*Citizens for Ethics and Responsibility in Washington v. Dep't of Justice*,
Civ. No. 11-0374 (CRC)

# Todd A. Gluckman

**From:** shiva.balkaran@thomsonreuters.com
**Sent:** Friday, August 09, 2013 2:34 PM
**To:** Todd A. Gluckman
**Subject:** WCX Legal Billing Report

Hi Todd,

The following are some facts on our Legal Billing Report.

<u>The Report</u>

**Data Source**

The information source is from fee applications filed for Bankruptcy Cases

**Determining the location of the professional, the date graduated and the date admitted**

The location, date graduated and admitted of the professional on the report is determined by reviewing the law firm's website for the specific professional address or by checking Martindale.com

**The period / dates of the rates**

The date for which the rates are reported are taken directly from the fee application filed by the respective law firm with courts. It is an item on the docket sheet.

**Type of firm rates**

The report focuses on the NLJ 250 firms and the big 4 consulting firms that are located in:

1. California
2. Chicago
3. Consultants
4. District of Columbia
5. International
6. Mid-Atlantic
7. New England
8. New Jersey
9. New York
10. Southeast
11. Texas
12. West

**Publication**

The report is published three times each year in May, August and December.

**Next publication**
Scheduled to be published on August 30th 2013

- Shiva

1

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**Shiva Balkaran**
Manager, Operations Support Services
**Westlaw Court Express**

**Thomson Reuters**

Phone: 202-423-2174

shiva.balkaran@thomsonreuters.com