# EXHIBIT E

Supplemental Memorandum in Support of Plaintiff's
Motion for an Award of Attorneys' Fees and Costs

*Citizens for Ethics and Responsibility in Washington v. Dep't of Justice*,
Civ. No. 11-0374 (CRC)

# *Westlaw Court Express*

## *LEGAL BILLING REPORT*

**VOLUME 14, NUMBER 1**

**May 2012**

**DC REGION**

## *BY BILLING RATE*

## District of Columbia Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Partner | Paul D. Marquardt | Cleary Gottlieb Steen & Hamilton LLP | 1994 | 1996 | DC | $1,065.00 | 7.00 | $ 7,455.00 |
| Partner | Roger Frankel | Orrick, Herrington & Sutcliffe LLP | 1971 | 1971 | DC | 995.00 | 69.00 | 68,655.00 |
| Partner | David Cohen | Milbank Tweed Hadley & McCloy LLP | 1994 | 1994 | DC | 950.00 | 5.10 | 4,845.00 |
| Member | Peter Lockwood | Caplin & Drysdale, Chartered | 1966 | 1968 | DC | 905.00 | 19.90 | 18,009.50 |
| Partner | R. Scott Kilgore | Wilmer Cutler Pickering Hale and Dorr LLP | 1985 | 1985 | DC | 875.00 | 0.10 | 87.50 |
| Partner | Richard Wyron | Orrick, Herrington & Sutcliffe LLP | 1979 | 1979 | DC | 875.00 | 55.60 | 48,650.00 |
| Partner | Douglas G. Gibson | Covington & Burling LLP | 1990 | 1990 | DC | 855.00 | 7.00 | 5,985.00 |
| Associate | Michael Collins | Gibson Dunn & Crutcher, LLP | 1995 | 1995 | DC | 855.00 | 5.60 | 4,788.00 |
| Partner | David R. Hill | Sidley Austin LLP | 1988 | 1989 | DC | 825.00 | 13.00 | 10,725.00 |
| Partner | Ralph Miller | Weil, Gotshal & Manges LLP | 1972 | 1972 | DC | 775.00 | 100.00 | 77,500.00 |
| Of Counsel | Edward L. Froelich | Morrison & Foerster LLP | 1994 | 1997 | DC | 760.00 | 6.10 | 4,636.00 |
| Partner | Howard B Jacobson | Akin Gump Strauss Hauer & Feld LLP | 1979 | 1979 | DC | 755.00 | 74.50 | 56,247.50 |
| Of Counsel | Mary Wallace | Orrick, Herrington & Sutcliffe LLP | 1989 | 1989 | DC | 740.00 | 0.10 | 74.00 |
| Partner | Edward L. Rubinoff | Akin Gump Strauss Hauer & Feld LLP | 1975 | 1975 | DC | 725.00 | 88.20 | 63,945.00 |
| Partner | Tom W. Davidson | Akin Gump Strauss Hauer & Feld LLP | 1977 | 1991 | DC | 720.00 | 50.10 | 36,072.00 |
| Partner | Karol A Kepchar | Akin Gump Strauss Hauer & Feld LLP | 1992 | 1992 | DC | 715.00 | 4.90 | 3,503.50 |
| Associate | Aaron Renenger | Milbank Tweed Hadley & McCloy LLP | 2002 | 2002 | DC | 695.00 | 14.80 | 10,286.00 |
| Partner | Ronald Reinsel | Caplin & Drysdale, Chartered | 1986 | 1986 | DC | 690.00 | 1.10 | 759.00 |
| Partner | Zachary Wittenberg | Akin Gump Strauss Hauer & Feld LLP | 1996 | 1999 | DC | 680.00 | 257.40 | 175,032.00 |
| Counsel | Kurt H. Jacobs | Sidley Austin LLP | 1990 | 1993 | DC | 675.00 | 10.60 | 7,155.00 |
| Senior Associate | Debra Felder | Orrick, Herrington & Sutcliffe LLP | 2002 | 2002 | DC | 650.00 | 34.90 | 22,685.00 |
| Counsel | Joanna F. Newdeck | Akin Gump Strauss Hauer & Feld LLP | 2004 | 2006 | DC | 650.00 | 8.60 | 5,590.00 |
| Associate | Nicholas Bassett | Milbank Tweed Hadley & McCloy LLP | 2007 | 2007 | DC | 650.00 | 208.30 | 135,395.00 |
| Member | Ann C. McMillan | Caplin & Drysdale, Chartered | 1984 | 1984 | DC | 645.00 | 15.20 | 9,804.00 |
| Member | Bernard Bailor | Caplin & Drysdale, Chartered | 1970 | 1970 | DC | 645.00 | 55.00 | 35,475.00 |
| Counsel | James Stenger | Chadbourne & Parke LLP | 1978 | 1978 | DC | 645.00 | 33.90 | 21,865.50 |
| Associate | Lisa Ewart | Wilmer Cutler Pickering Hale and Dorr LLP | 2005 | 2005 | DC | 645.00 | 32.70 | 21,091.50 |
| Associate | Edward Holzwanger | Kirkland & Ellis LLP | 2001 | 2004 | DC | 635.00 | 0.80 | 508.00 |
| Partner | Michael Seidel | Pachulski Stang Ziehl Young Jones & Weintraub | 1996 | 1996 | DC | 615.00 | 10.90 | 6,703.50 |
| Counsel | Kimberly Reindl | Akin Gump Strauss Hauer & Feld LLP | 1996 | 1998 | DC | 575.00 | 3.30 | 1,897.50 |
| Associate | Scott Roades | Covington & Burling LLP | 1998 | 1999 | DC | 565.00 | 6.20 | 3,503.00 |
| Associate | Denise Linton | Milbank Tweed Hadley & McCloy LLP | 2010 | 2010 | DC | 550.00 | 132.90 | 73,095.00 |
| Associate | Kristopher L. Kirkwood | Sidley Austin LLP | 2004 | 2005 | DC | 540.00 | 12.20 | 6,588.00 |
| Associate | Kyle J. Fiet | Sidley Austin LLP | 2007 | 2007 | DC | 540.00 | 45.90 | 24,786.00 |
| Member | Jeffrey Liesemer | Caplin & Drysdale, Chartered | 1993 | 1993 | DC | 535.00 | 120.40 | 64,414.00 |
| Of Counsel | Kevin Maclay | Caplin & Drysdale, Chartered | 1994 | 1994 | DC | 535.00 | 60.20 | 32,207.00 |
| Member | Marceka Stras | Cozen O'Connor | 1978 | 1980 | DC | 465.00 | 4.60 | 2,139.00 |
| Associate | Christina Totino | Milbank Tweed Hadley & McCloy LLP | 2011 | 2011 | DC | 460.00 | 20.20 | 9,292.00 |
| Member | Ann Mickey | Cozen O'Connor | 1976 | 1976 | DC | 450.00 | 13.50 | 6,075.00 |
| Associate | Carolyn E. Perez | Akin Gump Strauss Hauer & Feld LLP | 2007 | 2010 | DC | 450.00 | 21.70 | 9,765.00 |
| Associate | Adam C. Doverspike | Sidley Austin LLP | 2009 | 2010 | DC | 445.00 | 12.80 | 5,696.00 |
| Associate | Joshua D. Mckarcher | Covington & Burling LLP | 2008 | 2008 | DC | 445.00 | 4.30 | 1,913.50 |
| Of Counsel | Sean I. Kahng | Caplin & Drysdale, Chartered | 1998 | 1999 | DC | 400.00 | 15.70 | 6,280.00 |
| Associate | Jeanna Rickards Koski | Caplin & Drysdale, Chartered | 2004 | 2009 | DC | 380.00 | 152.80 | 58,064.00 |
| Member | Trevor Swett | Caplin & Drysdale, Chartered | 1981 | 1982 | DC | 355.00 | 9.80 | 3,479.00 |
| Associate | Andrew Sackett | Caplin & Drysdale, Chartered | 2005 | 2005 | DC | 340.00 | 152.80 | 51,952.00 |
| Associate | Todd E. Phillips | Caplin & Drysdale, Chartered | 2005 | 2009 | DC | 340.00 | 174.50 | 59,330.00 |
| Of Counsel | Leslie Kelleher | Caplin & Drysdale, Chartered | 1985 | 1985 | DC | 307.50 | 7.50 | 2,306.25 |
| Of Counsel | James Wehner | Caplin & Drysdale, Chartered | 1995 | 1995 | DC | 277.50 | 5.00 | 1,387.50 |

*District of Columbia Rate Report*

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Associate | Elizabeth Wadsworth | Cozen O'Connor | 1992 | 2003 | DC | $ 275.00 | 1.20 | $ 330.00 |
| Associate | Kate G. Henningsen | Caplin & Drysdale, Chartered | 2010 | 2010 | DC | 240.00 | 124.60 | 29,904.00 |
| Associate | Jamie S. Kaplan | Weil, Gotshal & Manges LLP | 2005 | 2005 | DC | 50.00 | 6.60 | 330.00 |