# EXHIBIT F

Supplemental Memorandum in Support of Plaintiff's
Motion for an Award of Attorneys' Fees and Costs

*Citizens for Ethics and Responsibility in Washington v. Dep't of Justice*,
Civ. No. 11-0374 (CRC)

# Westlaw Court Express

## LEGAL BILLING REPORT

**VOLUME 14, NUMBER 2**

**August 2012**

**DC REGION**

## BY BILLING RATE

## *District of Columbia Rate Report*

| | **PROFESSIONAL** | **FIRM** | **GRADUATED** | **ADMITTED** | **STATE** | **RATE** | **HOURS** | **TOTAL** |
|---|---|---|---|---|---|---|---|---|
| Partner | Donald Elliot | Willkie Farr & Gallagher LLP | 1974 | 1975 | DC | $1,090.00 | 4.40 | $ 4,796.00 |
| Partner | David R. Berz | Weil, Gotshal & Manges LLP | 1973 | 1973 | DC | 1,000.00 | 2.00 | 2,000.00 |
| Partner | Blake D. Rubin | McDermott, Will & Emery LLP | 1980 | 1988 | DC | 995.00 | 100.80 | 100,296.00 |
| Partner | Roger Frankel | Orrick, Herrington & Sutcliffe LLP | 1971 | 1971 | DC | 995.00 | 62.80 | 62,486.00 |
| Partner | Robin Greenhouse | McDermott, Will & Emery LLP | 1984 | 1988 | DC | 900.00 | 19.40 | 17,460.00 |
| Partner | Scott M. Flicker | Paul Hastings LLP | 1988 | 1988 | DC | 900.00 | 203.20 | 182,880.00 |
| Shareholder | Robert Horkovich | Anderson Kill & Olick LLP | 1980 | 1980 | DC | 895.00 | 4.20 | 3,759.00 |
| Partner | Andrea M. Whiteway | McDermott, Will & Emery LLP | 1992 | 1992 | DC | 885.00 | 93.20 | 82,482.00 |
| Partner | Richard Wyron | Orrick, Herrington & Sutcliffe LLP | 1979 | 1979 | DC | 875.00 | 26.50 | 23,187.50 |
| Partner | Richard V. Smith | Orrick, Herrington & Sutcliffe LLP | 1983 | 1983 | DC | 875.00 | 0.60 | 525.00 |
| Partner | John M. Sipple | Weil, Gotshal & Manges LLP | 1973 | 1980 | DC | 860.00 | 1.00 | 860.00 |
| Partner | David F. Geneson | Sheppard Mullin Richter & Hampton LLP | 1974 | 1979 | DC | 830.00 | 26.30 | 21,829.00 |
| Partner | Neal Mollen | Paul Hastings LLP | 1985 | 1985 | DC | 820.00 | 176.50 | 144,730.00 |
| Counsel | William Thomas | Willkie Farr & Gallagher LLP | 1986 | 1990 | DC | 790.00 | 11.50 | 9,085.00 |
| Partner | James Sottile | Zuckerman Spaeder LLP | 1985 | 1986 | DC | 790.00 | 89.20 | 70,468.00 |
| Partner | Gary M. Ford | Groom Law Group | 1977 | 1977 | DC | 787.50 | 80.80 | 63,630.00 |
| Partner | Michael J. Wilder | McDermott, Will & Emery LLP | 1992 | 1995 | DC | 780.00 | 4.80 | 3,744.00 |
| Partner | Ralph Miller | Weil, Gotshal & Manges LLP | 1972 | 1972 | DC | 775.00 | 108.80 | 84,320.00 |
| Partner | Louis T. Mazawey | Groom Law Group | 1975 | 1975 | DC | 769.50 | 3.00 | 2,308.50 |
| Partner | Jon G. Finkelstein | McDermott, Will & Emery LLP | 1999 | 2001 | DC | 765.00 | 45.70 | 34,960.50 |
| Member | John Feore | Dow Lohnes PLLC | 1974 | 1975 | DC | 760.00 | 34.70 | 26,372.00 |
| Of Counsel | Edward L. Froelich | Morrison & Foerster LLP | 1994 | 1997 | DC | 760.00 | 22.10 | 16,796.00 |
| Partner | Patrick Potter | Pillsbury Winthrop Shaw Pittman LLP | 1989 | 1991 | DC | 750.00 | 20.20 | 15,150.00 |
| Partner | Lawrence Bard | Morrison & Foerster LLP | 1993 | 1995 | DC | 725.00 | 0.40 | 290.00 |
| Partner | Andree St. Martin | Groom Law Group | 1983 | 1983 | DC | 711.00 | 7.30 | 5,190.30 |
| Associate | Johanna Hickman | Willkie Farr & Gallagher LLP | 2006 | 2008 | DC | 690.00 | 9.20 | 6,348.00 |
| Partner | Lonie A. Hassel | Groom Law Group | 1980 | 1980 | DC | 679.50 | 58.90 | 40,022.55 |
| Partner | Thomas Gigot | Groom Law Group | 1984 | 1984 | DC | 675.00 | 0.20 | 135.00 |
| Attorney | Margaret Spurlin | Paul Hastings LLP | 1978 | 1979 | DC | 675.00 | 38.30 | 25,852.50 |
| Principal | Karl Bourdeau | Beveridge & Diamond, P.C. | 1978 | 1978 | DC | 657.80 | 44.10 | 29,008.98 |
| Principal | Mark L. Lofgren | Groom Law Group | 1982 | 1982 | DC | 652.50 | 67.20 | 43,848.00 |
| Member | Ann Swanson | Dow Lohnes PLLC | 1979 | 1981 | DC | 650.00 | 24.30 | 15,795.00 |
| Member | John Logan | Dow Lohnes PLLC | 1977 | 1979 | DC | 650.00 | 57.50 | 37,375.00 |
| Senior Associate | Debra Felder | Orrick, Herrington & Sutcliffe LLP | 2002 | 2002 | DC | 650.00 | 28.80 | 18,720.00 |
| Attorney | Andrew B. Rogers | Paul Hastings LLP | 2005 | 2005 | DC | 620.00 | 146.40 | 90,768.00 |

## *District of Columbia Rate Report*

| | **PROFESSIONAL** | **FIRM** | **GRADUATED** | **ADMITTED** | **STATE** | **RATE** | **HOURS** | **TOTAL** |
|---|---|---|---|---|---|---|---|---|
| Partner | Brigen Winters | Groom Law Group | 1994 | 1994 | DC | $ 612.00 | 5.60 | $ 3,427.20 |
| Partner | John McGuiness | Groom Law Group | 1993 | 1993 | DC | 612.00 | 0.50 | 306.00 |
| Partner | P. Andrew Torrez | Zuckerman Spaeder LLP | 1997 | 1997 | DC | 610.00 | 13.50 | 8,235.00 |
| Partner | Donald L. Havermann | Morgan Lewis & Bockius, LLP | 1980 | 1980 | DC | 603.00 | 2.20 | 1,326.60 |
| Partner | Thomas E. Reinert | Morgan Lewis & Bockius, LLP | 1980 | 1980 | DC | 603.00 | 48.00 | 28,944.00 |
| Counsel | John P. Rynkiewicz | Kaye Scholer LLC | 1981 | 1981 | DC | 587.00 | 4.83 | 2,835.21 |
| Associate | Intra L. Germanis | Paul Hastings LLP | 1992 | 1992 | DC | 580.00 | 10.60 | 6,148.00 |
| Partner | Christine L. Keller | Groom Law Group | 1996 | 1996 | DC | 576.00 | 3.40 | 1,958.40 |
| Associate | Lars Golumbic | Groom Law Group | 1998 | 1998 | DC | 576.00 | 39.50 | 22,752.00 |
| Partner | Sheldon M. Kline | Sheppard Mullin Richter & Hampton LLP | 1987 | 1988 | DC | 575.00 | 169.90 | 97,692.50 |
| Principal | Mark C Nielsen | Groom Law Group | 1997 | 1997 | DC | 558.00 | 107.70 | 60,096.60 |
| Member | Christina Burrow | Dow Lohnes PLLC | 1993 | 1994 | DC | 550.00 | 36.60 | 20,130.00 |
| Associate | James Burke | Orrick, Herrington & Sutcliffe LLP | 2008 | 2008 | DC | 550.00 | 2.10 | 1,155.00 |
| Principal | Aaron H. Goldberg | Beveridge & Diamond, P.C. | 1985 | 1985 | DC | 547.40 | 1.80 | 985.32 |
| Partner | Christopher M. Loveland | Sheppard Mullin Richter & Hampton LLP | 2000 | 2001 | DC | 525.00 | 55.90 | 29,347.50 |
| Associate | Maria T. Davis | Paul Hastings LLP | 2009 | 2009 | DC | 520.00 | 165.30 | 85,956.00 |
| Associate | Sarah A. Zumwalt | Groom Law Group | 2003 | 2003 | DC | 513.00 | 65.90 | 33,806.70 |
| Associate | Gale E. Chan | McDermott, Will & Emery LLP | 2008 | 2008 | DC | 500.00 | 11.10 | 5,550.00 |
| Associate | Jason H. Lee | Groom Law Group | 2006 | 2006 | DC | 490.50 | 18.00 | 8,829.00 |
| Associate | Julia E. Zuckerman | Groom Law Group | 2005 | 2005 | DC | 490.50 | 47.60 | 23,347.80 |
| Associate | Dania Slim | Pillsbury Winthrop Shaw Pittman LLP | 2008 | 2008 | DC | 490.00 | 33.30 | 16,317.00 |
| Senior Counsel | Jason Rademacher | Dow Lohnes PLLC | 2000 | 2000 | DC | 470.00 | 4.00 | 1,880.00 |
| Partner | Jay Ward Brown | Levine Sullivan Koch & Schulz LLP | 1992 | 1992 | DC | 455.00 | 0.20 | 91.00 |
| Partner | Seth D. Berlin | Levine Sullivan Koch & Schulz LLP | 1991 | 1991 | DC | 455.00 | 0.60 | 273.00 |
| Associate | Karin H. Johnson | Sheppard Mullin Richter & Hampton LLP | 2007 | 2007 | DC | 455.00 | 113.00 | 51,415.00 |
| Associate | Rose J. Zaklad | Groom Law Group | 2006 | 2006 | DC | 454.50 | 102.90 | 46,768.05 |
| Member | Christopher Meazell | Dow Lohnes PLLC | 2001 | 2001 | GA | 450.00 | 9.70 | 4,365.00 |
| Senior Counsel | Maureen M. Nagle | Dow Lohnes PLLC | 1999 | 2000 | NY | 450.00 | 9.30 | 4,185.00 |
| Associate | Andrew Blair-Stanek | McDermott, Will & Emery LLP | 2008 | 2009 | DC | 435.00 | 63.70 | 27,709.50 |
| Partner | Thomas Curley | Levine Sullivan Koch & Schulz LLP | 2000 | 2000 | DC | 430.00 | 0.20 | 86.00 |
| Associate | Dana M. Parsons | Paul Hastings LLP | 2010 | 2010 | DC | 410.00 | 100.90 | 41,369.00 |
| Associate | Robert Folliard | Dow Lohnes PLLC | 2005 | 2006 | DC | 390.00 | 21.50 | 8,385.00 |
| Associate | Cole Parker | McDermott, Will & Emery LLP | 2010 | 2010 | DC | 365.00 | 16.80 | 6,132.00 |
| Associate | Derek H. Teslik | Dow Lohnes PLLC | 2007 | 2009 | DC | 350.00 | 3.20 | 1,120.00 |
| Associate | Marianne Hogan | Morgan Lewis & Bockius, LLP | 2006 | 2009 | DC | 348.50 | 1.70 | 592.45 |

## District of Columbia Rate Report

| | **PROFESSIONAL** | **FIRM** | **GRADUATED** | **ADMITTED** | **STATE** | **RATE** | **HOURS** | **TOTAL** |
|---|---|---|---|---|---|---|---|---|
| Associate | Shaina D. Jones | Levine Sullivan Koch & Schulz LLP | 2009 | 2009 | DC | $ 335.00 | 6.00 | $ 2,010.00 |
| Associate | Allison B. Rogers | Groom Law Group | 2010 | 2010 | DC | 319.50 | 137.00 | 43,771.50 |
| Associate | Kevin Walsh | Groom Law Group | 2009 | 2009 | DC | 319.50 | 51.00 | 16,294.50 |
| Associate | David R. Broderdorf | Morgan Lewis & Bockius, LLP | 2008 | 2009 | DC | 318.75 | 3.20 | 1,020.00 |
| Associate | Kerry Stotler | Dow Lohnes PLLC | 2009 | 2010 | DC | 310.00 | 12.90 | 3,999.00 |
| Associate | Jayni Lanham | Beveridge & Diamond, P.C. | 2008 | 2008 | DC | 303.60 | 8.60 | 2,610.96 |
| Associate | Ryan J. Rosner | Sheppard Mullin Richter & Hampton LLP | 2011 | 2011 | DC | 285.00 | 69.40 | 19,779.00 |
| Paraprofessional | Laurie McCarthy | Dow Lohnes PLLC | | | | 280.00 | 73.20 | 20,496.00 |
| Paraprofessional | Jer-Wei Chen | Zuckerman Spaeder LLP | | | | 280.00 | 0.30 | 84.00 |
| Paraprofessional | Lisa Gehlbach | Zuckerman Spaeder LLP | | | | 280.00 | 3.30 | 924.00 |
| Associate | Ryan Temme | Groom Law Group | 2011 | 2011 | DC | 274.50 | 124.30 | 34,120.35 |
| Paraprofessional | Debra O. Fullem | Orrick, Herrington & Sutcliffe LLP | | | | 270.00 | 14.20 | 3,834.00 |
| Associate | Lindsey Selba | Beveridge & Diamond, P.C. | 2010 | 2010 | DC | 257.60 | 9.80 | 2,524.48 |
| Paraprofessional | Carl P. Jaworski | Beveridge & Diamond, P.C. | | | | 257.60 | 6.00 | 1,545.60 |
| Paraprofessional | Susan Anderson | Dow Lohnes PLLC | | | | 250.00 | 9.30 | 2,325.00 |
| Paraprofessional | Allyson Mejia | Dow Lohnes PLLC | | | | 240.00 | 12.70 | 3,048.00 |
| Paraprofessional | Christian J. Pena | Dow Lohnes PLLC | | | | 220.00 | 3.90 | 858.00 |
| Paraprofessional | Jennifer P. Burke | Levine Sullivan Koch & Schulz LLP | | | | 195.00 | 0.30 | 58.50 |
| Paraprofessional | Elizabeth Wolk | Beveridge & Diamond, P.C. | | | | 179.40 | 3.50 | 627.90 |
| Paraprofessional | Danielle Nelson | Groom Law Group | | | | 171.00 | 24.10 | 4,121.10 |